IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**HOWARD EUGENE REESE, II**                                                                                    **PLAINTIFF**

vs.                                                                        **CIVIL ACTION No.: 3:21-CV-697-HTW-LGI**

**DEPUTY WARDEN SHEILA PARKS**
**AND MDOC**                                                                                                 **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation **[Docket no. 20]**, filed on September 29, 2023, by United States Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, Magistrate Judge Isaac recommended that this civil action be dismissed without prejudice for Plaintiff's failure to prosecute this matter and comply with the Court's orders. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. To date, no objection has been filed.

This Court, after reviewing the record before it, finds that the Magistrate Judge's Report and Recommendation **[Docket no. 20]** is well-taken. This Court, accordingly, hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT Plaintiff's Complaint [Docket no. 1] hereby is **DISMISSED** without prejudice for want of prosecution and failure to comply with the Court's orders.

SO ORDERED this the 21st day of November, 2023.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**